# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JAMES D. LINKOUS,
      Plaintiff,

    v.

DYCK-O'NEAL, INC.,
      Defendant.

Case No. 1:10cv844
(Bowman, M.J.)

---

## JUDGMENT IN A CIVIL CASE

---

**[X]**   **DECISION BY COURT**: Defendant's motion to dismiss all claims and counterclaims pending in this case (Doc. 51) is GRANTED; and this case CLOSED.

Date: March 7, 2012

          James Bonini
          Clerk of Court

          By:  /s/ Jan Lahley, Deputy Clerk