# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JAMES D. LINKOUS,
    Plaintiff,

v.

Case No. 1:10cv844
(Bowman, M.J.)

DYCK-O'NEAL, INC.,
    Defendant.

## JUDGMENT IN A CIVIL CASE

**[X]**     **DECISION BY COURT**: Defendant's motion to dismiss all claims and counterclaims pending in this case (Doc. 51) is GRANTED; and this case CLOSED.

Date: March 7, 2012

    <u>James Bonini</u>
    Clerk of Court

    By: <u>/s/ Jan Lahley, Deputy Clerk</u>